UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br>            Plaintiff,<br>    v.<br>KN PETROLEUM, LLC, et al.,<br>            Defendants. | Case No. 4:24-cv-03653-KAW<br>ORDER TO SHOW CAUSE<br>Re: Dkt. No. 24 |

On December 9, 2024, Plaintiff filed a motion for sanctions, which included a request for terminating sanctions under Federal Rule of Civil Procedure 37. Pursuant to Civil Local Rule 7-3(a), Defendants' opposition was due 14 days after the motion was filed, which was December 23, 2024.

To date, Defendants have not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Defendants is ordered, on or before January 13, 2025, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Plaintiff may file a reply on or before January 21, 2025.

//
//
//
//

Finally, the motion hearing set for January 16, 2025 is continued to February 20, 2025 at 1:30 p.m., and will be held in-person at U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: January 6, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge